## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

Lisa Powell, as administrator )
of the Estate of Ray Powell; and )
Lisa Powell Individually. )
)
      Plaintiffs, )
)
v. )   Civil Action No.:
)   2:20-cv-00343-MHH
Ascension Health Alliance )
d/b/a St. Vincent's East Hospital; )
)
      Defendant. )

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Lisa Powell and defendant St. Vincent's East hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this  20th   day of May, 2021.

**ATTORNESY FOR PLAINTIFF:**

*/s/ Andrew C. Allen*
Andrew C. Allen
aallen@acallenlaw.com
Law Offices of Andrew C. Allen, LLC
2910 Linden Avenue, Suite 200-B
Homewood, AL 35209
Phone: (205) 747-1903

**ATTORNEY FOR DEFENDANTS:**

*/s/ Tammy L. Baker*
Tammy L. Baker
tammy.baker@jacksonlewis.com
JACKSON LEWIS P.C.
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Phone:  (205) 332-3102

C. Burton Dunn
burton@5pointslaw.com
Five Points Law Group, LLC
2151 Highland Ave S., Suite 205
Birmingham, AL 35205
Phone: (205) 352-4455