# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LISA POWELL, individually and as administrator of the Estate of Ray Powell,** | }<br>}<br>}<br>} |
| **Plaintiff,** | } |
| v. | }<br>}<br>} Case No.: 2:20-cv-00343-MHH |
| **ASCENSION HEALTH ALLIANCE d/b/a St. Vincent's East Hospital,** | }<br>}<br>}<br>} |
| **Defendant.** | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal. (Doc. 25). The Court **ORDERS** that this action is dismissed with prejudice, with each party to bear their own fees and costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this May 20, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE